### UNITED STATES v. BROWN et al.
### No. 216.

Circuit Court of Appeals, Second Circuit. Jan. 18, 1932.

M. Michael Edelstein, of New York City, for appellants David Brown and Abe Lieberman, appearing specially.

George Z. Medalie, U. S. Atty., of New York City (Earle N. Bishopp, Asst. U. S. Atty., of Brooklyn, N. Y., and Leonard J. Obermeier, Jr., Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

There was sufficient evidence to support the finding that Brown and Lieberman were the owners of the business; that a common nuisance was permitted by the owners to exist at the premises in violation of the Prohibition Act (27 USCA); but not enough was done under the special appearance for Lieberman to amount to submission to the jurisdiction. United States v. Collins and Lawlor (C. C. A.) 55 F.(2d) 70.

Decree modified to vacate the personal injunction against Lieberman and in all other respects affirmed.